

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PARTH PATEL | Case No.: **1:25-cr-00767**<br>**Judge Andrea R. Wood**<br>**Judge Jeannice W. Appenteng**<br>**RANDOM/Cat. 7**<br><br>Violation: Title 18, United States Code, Section 215<br><br>**INFORMATION** |

The UNITED STATES ATTORNEY charges:

In or about July 2024, in the Northern District of Illinois, Eastern Division,

PARTH PATEL,

defendant herein, an employee of Bank A, a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation, corruptly accepted and agreed to accept $15,000 in U.S. currency from another person, intending to be influenced and rewarded in connection with a transaction and the business of Bank A;

In violation of Title 18, United States Code, Section 215.

## **FORFEITURE ALLEGATION**

The UNITED STATES ATTORNEY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 215, as set forth in this Information, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained directly and indirectly as a result of the offense, as provided in Title 18, United States Code, Section 982(a)(2)(A).

2. The property to be forfeited includes, but is not limited to, a personal money judgment in the amount of approximately $15,000.

3. If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code Section 853(p).

MICHELLE PETERSEN  for ASB
Digitally signed by MICHELLE PETERSEN
Date: 2025.11.09 09:40:25 -06'00'

UNITED STATES ATTORNEY